# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Perhach, Katherine M. | United States District Court - Eastern District of Wisconsin | 04/09/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

United States Courthouse and Federal Building
517 East Wisconsin Avenue
Milwaukee, WI 53202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 (reportable assets are included in Part VII) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2006 | Self-directed retirement account through former law firm (Quarles & Brady) |
| 2. 2010 | Partnership buyout agreement with former law firm (Quarles & Brady) regarding return of equity and payment of deferred fees. (no control) |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | Quarles & Brady (residual equity and fees returned) | $77,213.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Wisconsin State Bar | February 26-28, 2020 | Kohler, WI | Bankruptcy, Insolvency & Creditors' Rights Section Meeting | Transportation, meals, lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Perhach, Katherine M.** | 04/09/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Perhach, Katherine M. | 04/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   INDIVIDUAL ASSETS (H) | | | | | | | | | |
| 2.   ASSOCIATED BANK CORP (cash) | A | Interest | L | T | | | | | |
| 3.   BMO HARRIS BANK (cash) | C | Interest | O | T | | | | | |
| 4.   PNC BANK (cash) | B | Interest | M | T | | | | | |
| 5.   NWM WHOLE LIFE INSURANCE POLICY #1 | A | Dividend | J | T | | | | | |
| 6.   NWM WHOLE LIFE INSURANCE POLICY #2 | A | Dividend | J | T | | | | | |
| 7.   WATERTOWN PROPERTIES PARTNERSHIP | A | Rent | K | W | | | | | |
| 8.   ACCOUNT #1 (H) | | | | | | | | | |
| 9.   BAIRD FDIC INSURED DEPOSIT MULTI-BANK (cash) | A | Interest | K | T | | | | | |
| 10.  EDGEWOOD GROWTH INSTL CL (EGFIX) | B | Dividend | K | T | Sold (part) | 07/13/20 | J | B | |
| 11.  AMERICAN CENTURY EQUITY INCOME CL I (ACIIX) | A | Dividend | K | T | Buy (add'l) | 07/13/20 | J | | |
| 12.  FMI LARGE CAP INSTL CL (FMIQX) | C | Dividend | K | T | Buy (add'l) | 07/13/20 | J | | |
| 13.  JOHN HANCOCK CLASSIC VALUE CL I (JCVIX) | A | Dividend | K | T | Buy (add'l) | 07/13/20 | J | | |
| 14.  HARBOR SMALL CAP VALUE INSTL CL (HASCX) | A | Dividend | J | T | Buy (add'l) | 07/13/20 | J | | |
| 15.  OAKMARK INTL INSTL CL (OANIX) | A | Dividend | K | T | Sold (part) | 03/25/20 | J | | |
| 16. | | | | | Buy (add'l) | 07/13/20 | J | | |
| 17.  ISHARES RUSSELL 2000 ETF (IWM) | A | Dividend | K | T | Buy (add'l) | 07/13/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Perhach, Katherine M. | 04/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. ISHARES RUSSELL 1000 VALUE ETF (IWD) | B | Dividend | L | T | Buy (add'l) | 07/13/20 | J | | |
| 19. ISHARES RUSSELL 1000 GROWTH ETF (IWF) | A | Dividend | L | T | Sold (part) | 07/13/20 | J | C | |
| 20. ISHARES RUSSELL MID CAP ETF (IWR) | A | Dividend | L | T | Buy (add'l) | 07/13/20 | J | | |
| 21. WCM FOCUSED INTL GROWTH (WCMIX) | A | Dividend | J | T | Buy | 03/25/20 | J | | |
| 22. | | | | | Buy (add'l) | 07/13/20 | J | | |
| 23. LOOMIS SAYLES GROWTH CL Y (LSGRX) | B | Dividend | K | T | Sold (part) | 07/13/20 | J | B | |
| 24. MFS INSTL INTL EQUITY (MIEIX) | A | Dividend | K | T | Sold (part) | 03/25/20 | J | | |
| 25. NUANCE MID CAP VALUE INSTL CL (NMVLX) | A | Dividend | K | T | | | | | |
| 26. PARNASSUS MID CAP INSTL CL (PFPMX) | A | Dividend | K | T | | | | | |
| 27. PEAR TREE POLARIS FOREIGN VAL INSTL CL (QFVIX) | A | Dividend | K | T | Sold (part) | 03/25/20 | J | | |
| 28. | | | | | Buy (add'l) | 07/13/20 | J | | |
| 29. T ROWE PRICE GRWTH STK CL I (PRUFX) | A | Dividend | K | T | Sold (part) | 07/13/20 | J | B | |
| 30. PRINCIPAL MID CAP INSTL CL (PCBIX) | B | Dividend | K | T | | | | | |
| 31. VANGUARD FTSE DEV MKTS ETF (VEA) | B | Dividend | L | T | Buy (add'l) | 07/13/20 | J | | |
| 32. VIRTUS KAR SMALL CAP GROWTH CL I (PXSGX) | A | Dividend | J | T | Sold (part) | 07/13/20 | J | A | |
| 33. WELLS FARGO EMERG MKTS EQ I (EMGNX) | A | Dividend | K | T | Sold (part) | 07/13/20 | J | A | |
| 34. PRINCIPAL DIVERS REAL ASSET I (PDRDX) | A | Dividend | L | T | Buy (add'l) | 07/14/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Perhach, Katherine M. | 04/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. BAIRD SHORT TERM BOND INSTL CL (BSBIX) | C | Dividend | M | T | Sold (part) | 07/13/20 | J | C | |
| 36. BLACKROCK HIGH YLD BD I (BHYIX) | B | Dividend | K | T | | | | | |
| 37. BLACKROCK STRATEGIC INCOME OPPTYS INSTL CL(BSIIX) | B | Dividend | L | T | | | | | |
| 38. DODGE & COX INCOME (DODIX) | C | Dividend | L | T | Sold (part) | 07/13/20 | J | C | |
| 39. METROPOLITAN WEST TOTAL RETURN BOND CL I (MWTIX) | C | Dividend | L | T | Sold (part) | 07/13/20 | J | A | |
| 40. ACCOUNT #2 (H) | | | | | | | | | |
| 41. AMERICAN FUNDS, GROWTH FUND OF AMERICA CL A (AGTHX) | B | Dividend | K | T | | | | | |
| 42. HARTFORD DIVIDEND & GROWTH CL A (HDGCX) | B | Dividend | K | T | | | | | |
| 43. ACCOUNT #3 (H) | | | | | | | | | |
| 44. US BANK INSURED DEPOSIT (cash) (Y) | | | | | | | | | |
| 45. FIREEYE INC (FEYE) | | None | | | Sold | 03/12/20 | J | | |
| 46. ETF MANGERS ETFMG PRIME CYBER SEC (HACK) | A | Dividend | | | Sold | 03/12/20 | K | | |
| 47. AMCAP (FMACX) | B | Dividend | K | T | Buy | 03/16/20 | J | | |
| 48. | | | | | Buy (add'l) | 05/19/20 | K | | |
| 49. | | | | | Buy (add'l) | 07/16/20 | J | | |
| 50. DFA US CORE EQUITY 1 INSTL CL (DFEOX) | A | Dividend | K | T | Buy | 03/16/20 | J | | |
| 51. | | | | | Buy (add'l) | 05/19/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Perhach, Katherine M. | 04/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | | Sold<br>(part) | 07/16/20 | J | B | |
| 53. | DFA INTL CORE EQUITY (DFIEX) | A | Dividend | K | T | Buy | 03/17/20 | J | | |
| 54. | | | | | | Buy<br>(add'l) | 05/19/20 | K | | |
| 55. | | | | | | Sold<br>(part) | 07/16/20 | J | B | |
| 56. | AMERICAN FUNDS, EUROPACIFIC<br>GROWTH (FEUPX) | | None | | | Buy | 03/16/20 | J | | |
| 57. | | | | | | Buy<br>(add'l) | 05/19/20 | J | | |
| 58. | | | | | | Sold | 07/16/20 | J | B | |
| 59. | AMERICAN FUNDS, FUNDAMENTAL<br>INVESTORS (FUNFX) | A | Dividend | K | T | Buy | 03/16/20 | J | | |
| 60. | | | | | | Buy<br>(add'l) | 05/19/20 | K | | |
| 61. | AMERICAN FUNDS, GROWTH OF<br>AMERICA FUNDS (GAFFX) | B | Dividend | K | T | Buy | 03/16/20 | J | | |
| 62. | | | | | | Buy<br>(add'l) | 05/19/20 | K | | |
| 63. | | | | | | Buy<br>(add'l) | 07/16/20 | J | | |
| 64. | AMERICAN FUNDS, INVESTMENT<br>COMPANY OF AMERICA (FFICX) | A | Dividend | | | Buy | 03/16/20 | J | | |
| 65. | | | | | | Buy<br>(add'l) | 05/19/20 | J | | |
| 66. | | | | | | Sold | 07/16/20 | J | B | |
| 67. | JPMORGAN EMERGING MARKETS<br>EQUITY CL L (JMIEX) | A | Dividend | K | T | Buy | 03/16/20 | J | | |
| 68. | | | | | | Buy<br>(add'l) | 05/19/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Perhach, Katherine M.** | 04/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Sold<br>(part) | 07/16/20 | J | B | |
| 70. AMERICAN FUNDS, NEW ECONOMY (FNEFX) | A | Dividend | K | T | Buy | 05/19/20 | J | | |
| 71. | | | | | Buy<br>(add'l) | 07/16/20 | J | | |
| 72. AMERICAN FUNDS, NEW PERSPECTIVE (FNPFX) | A | Dividend | K | T | Buy | 05/19/20 | J | | |
| 73. | | | | | Buy<br>(add'l) | 07/16/20 | J | | |
| 74. AMERICAN FUNDS, SMALLCAP WORLD CL F3 (SFCWX) | A | Dividend | K | T | Buy | 03/16/20 | J | | |
| 75. | | | | | Buy<br>(add'l) | 05/19/20 | J | | |
| 76. VANGUARD TOTAL STOCK MARKET ETF (VTI) | A | Dividend | K | T | Buy | 07/16/20 | K | | |
| 77. ACCOUNT #4 (H) | | | | | | | | | |
| 78. DIPLOMAT PHARMACY INC (DPLO) | | None | | | Sold | 02/13/20 | J | | |
| 79. WELLS FARGO GOVT SECS CL A (SGVDX) | | None | | | Sold | 03/13/20 | J | | |
| 80. WELLS FARGO SMALL COMPANY VALUE CL A (SCVAX) | | None | | | Sold | 03/13/20 | J | | |
| 81. WELLS FARGO EMERGING MARKETS EQUITY INCOME CL A (EQIAX) | | None | | | Sold | 03/13/20 | J | | |
| 82. WELLS FARGO GROWTH CL A (SGRAX) | | None | | | Sold | 03/13/20 | J | | |
| 83. WELLS FARGO ENDEAVOR SELECT CL A (STAEX) | | None | | | Sold | 03/13/20 | J | | |
| 84. DELAWARE SMALL CAP CORE CL I (DCCIX) | A | Dividend | J | T | Buy | 03/16/20 | J | | |
| 85. DIAMOND HILL LARGE CAP CL I (DHLRX) | A | Dividend | J | T | Buy | 03/16/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Perhach, Katherine M. | 04/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. OAKMARK INTL INSTL CL (OANIX) | A | Dividend | J | T | Buy | 03/16/20 | J | | |
| 87. WCW FOCUSED INTL GROWTH INSTL CL (WCMIX) | A | Dividend | J | T | Buy | 03/16/20 | J | | |
| 88. JPMORGAN EMERGING MARKETS EQUITY CL L (JMIEX) | A | Dividend | J | T | Buy | 03/16/20 | J | | |
| 89. T ROWE PRICE GROWTH STOCK CL I (PRFX) | A | Dividend | J | T | Buy | 03/16/20 | J | | |
| 90. PRINCIPAL MID CAP INSTL CL (PCBIX) | A | Dividend | J | T | Buy | 03/17/20 | J | | |
| 91. ACCOUNT #5 (H) | | | | | | | | | |
| 92. VANGUARD US GROWTH FUND INV (VWUSX) | E | Dividend | O | T | | | | | |
| 93. VANGUARD TOT BOND MKT INDEX INST (VBTIX) | A | Dividend | K | T | | | | | |
| 94. VANGUARD TARGET RET 2040 (VFORX) | D | Dividend | N | T | | | | | |
| 95. VANGUARD TOT STOCK MKT INDEX INST (VITSX) | B | Dividend | N | T | | | | | |
| 96. ACCOUNT #6 (H) | | | | | | | | | |
| 97. US BANK INSURED DEPOSIT (cash) (X) | A | Interest | J | T | | | | | |
| 98. ACCOUNT #7 (H) | | | | | | | | | |
| 99. US BANK INSURED DEPOSIT (cash) | A | Interest | K | T | | | | | |
| 100. CISCO SYSTEMS INC (CSCO) | A | Dividend | J | T | | | | | |
| 101. COCA-COLA COMPANY (KO) | B | Dividend | L | T | | | | | |
| 102. GENERAL ELECTRIC CO (GE) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. MGE ENERGY INC (MGEE) | A | Dividend | J | T | | | | | |
| 104. MATTEL INC (MAT) | | None | J | T | | | | | |
| 105. NATIONAL BEVERAGE CORP (FIZZ) | | None | J | T | | | | | |
| 106. SONOCO PRODUCTS CO (SON) | A | Dividend | J | T | | | | | |
| 107. WABTEC (WAB) | A | Dividend | J | T | | | | | |
| 108. WASTE MANAGEMENT INC (WM) | A | Dividend | J | T | | | | | |
| 109. BLACKROCK ENHANCED EQ DIV TR (BDJ) | A | Dividend | J | T | | | | | |
| 110. BLACKROCK ENHANCED INTL DIV TRST (BGY) | A | Dividend | J | T | | | | | |
| 111. ACCOUNT #8 (H) | | | | | | | | | |
| 112. US BANK INSURED DEPOSIT (cash) | A | Interest | J | T | | | | | |
| 113. ALLIANT ENERGY CORP (LNT) | B | Dividend | K | T | | | | | |
| 114. ALTRIA GROUP INC (MO) | A | Dividend | J | T | | | | | |
| 115. CHEVRON CORP (CVX) | B | Dividend | K | T | | | | | |
| 116. COCA-COLA COMPANY (KO) | B | Dividend | K | T | | | | | |
| 117. EXXON MOBIL CORP (XOM) | B | Dividend | J | T | | | | | |
| 118. SENSIENT TECHNOLOGIES (SXT) | B | Dividend | K | T | | | | | |
| 119. TIAA CREF BOND PLUS RETAIL CL (TCBPX) | C | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Perhach, Katherine M. | 04/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. ACCOUNT #9 (H) | | | | | | | | | |
| 121. US BANK INSURED DEPOSIT (cash) (Y) | | | | | | | | | |
| 122. ALLIANT ENERGY CORP (LNT) | A | Dividend | K | T | | | | | |
| 123. ALTRIA GROUP INC (MO) | A | Dividend | J | T | | | | | |
| 124. KRAFT HEINZ CO (KHC) | A | Dividend | J | T | | | | | |
| 125. MGE ENERGY INC (MGEE) | A | Dividend | K | T | | | | | |
| 126. MONDELEZ INTERNATIONAL (MDLZ) | A | Dividend | J | T | | | | | |
| 127. PHILIP MORRIS INTL INC (PM) | B | Dividend | K | T | | | | | |
| 128. SENSIENT TECHNOLOGIES (SXT) | A | Dividend | K | T | | | | | |
| 129. ACCOUNT #10 (H) | | | | | | | | | |
| 130. EDVEST AGE-BASED OPTION 15, INVESTMENT OPTION 3405 | | None | K | T | | | | | |
| 131. ACCOUNT #11 (H) | | | | | | | | | |
| 132. EDVEST LARGE-CAP STOCK INDEX PORTFOLIO, INVESTMENT OPTION 3438 | | None | M | T | | | | | |
| 133. ACCOUNT #12 (H) | | | | | | | | | |
| 134. EDVEST LARGE-CAP STOCK INDEX PORTFOLIO, INVESTMENT OPTION 3438 | | None | M | T | | | | | |
| 135. ACCOUNT #13 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Perhach, Katherine M.** | 04/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136.  MFS VALUE FUND (MEIHX) | | None | | | Sold | 05/18/20 | K | | |
| 137.  T. ROWE PRICE GROWTH STOCK FUND (TRSAX) | | None | | | Sold | 05/18/20 | M | | |
| 138.  AMERICAN CENTURY MID CAP VALUE FUND (ACLAX) | | None | | | Sold | 05/18/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Perhach, Katherine M. | 04/09/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III-A.: This is the final resolution of fees and equity from my former law firm for matters prior to taking the bench.

Watertown Properties Partnership owns land in Watertown, WI.

Account #4 is a consolidation of IRAs 3, 5, and 6 of the prior report.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Perhach, Katherine M. | 04/09/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Katherine M. Perhach**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544